# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKY JAY SHURTLEFF,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 70893

**FILED**

MAR 2 7 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, see NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

cc: Hon. Gary Fairman, District Judge
Dylan V. Frehner
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk